

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00541-CV

Richard **LARES**,
Appellant

v.

Karina **GUEVARA**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12518
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On August 18, 2019, appellant Richard Lares filed a motion for leave, in which, among other things, he requests that this court allow him to proceed in his appeal without paying costs because of his indigency. In support of his motion, appellant filed an affidavit averring to his inability to pay costs. On September 10, 2019, the trial court clerk filed a notice of late record, stating that she was unable to file the clerk's record because appellant has not paid the fee for preparing the clerk's record and because appellant is not entitled to appeal without paying the fee. On September 23, 2019, we ordered any party, the trial court clerk, or any trial court reporter to file an objection to appellant's affidavit, if at all, by October 3, 2019. On September 26, 2019, the trial court clerk filed the clerk's record. No party, court reporter, or the trial court clerk has filed an objection to appellant's affidavit. Accordingly, we GRANT appellant's motion for leave insofar as it requests permission to proceed on appeal without paying costs, and we ORDER that appellant may proceed on appeal without paying costs pursuant to Rule 20.1(c) of the Texas Rules of Appellate Procedure.

Appellant also requested in his motion for leave filed on August 18, 2019, that we appoint him appellate counsel. We DENY appellant's motion for leave insofar as it requests appointment of counsel.

On October 11, 2019, appellant filed a "Motion for Court Clerk's Record and to Stay Proceedings," in which he requests a copy of the clerk's record filed in this appeal and a stay of appellate proceedings for thirty days. We GRANT IN PART appellant's motion, and we

ORDER our Clerk of Court to send appellant a copy of the clerk's record. Further, we ORDER that the deadline for appellant to file his brief is extended by thirty days. **Appellant must file his brief on or before November 27, 2019.** Appellant's request for a stay is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.



_____
Luz Estrada,
Chief Deputy Clerk